**DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, JUAN PEREZ, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:1:08-cr-00282 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO AMEND PROPERTY BOND** |
| v. ) | **AND VALUE** |
| ) | |
| JUAN PEREZ, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## BACKGROUND

At the detention hearing held on September 11, 2008, the Court ordered defendant released by posting a property bond in the amount of $170,000 secured by equity in property owned by defendant's aunt, Esperanza Gonzalez.

After the Court's order, a different property became available for bond purposes. The new property is jointly owned by defendant's father, Juan Perez, Sr. and two other relatives. This new property has no liens or mortgages, is located in Riverside County, and serves as the residence of defendant's father and grandmother. This new property was appraised on October 6, 2008 and is valued at $164,000. The new property address is 29181 Happy Valley Rd, Desert Hot Springs, California 92241-8156.

Counsel for the defendant has relayed these facts to AUSA Kimberly Sanchez and Pretrial Services Officer Jacob Scott and both have approved substituting the new property for the bond and

have agreed to the lower property bond value of $164,000.

THEREFORE, it is stipulated that the new property described above be substituted for the originally designated property and that the bond value be established at $164,000.

Respectfully submitted,

DATED: October 7, 2008        /s/ Dale A. Blickenstaff
                              DALE A. BLICKENSTAFF
                              Attorney for Defendant,
                              Juan Perez, Jr.


DATED: October 7, 2008        /s/ Kimberly A. Sanchez
                              KIMBERLY A. SANCHEZ
                              Assistant United States Attorney


DATED: October 7, 2008        /s/ Jacob M. Scott
                              JACOB M. SCOTT
                              United States Probation Pretrial Services


**ORDER**

IT IS SO ORDERED that the property located at 29181 Happy Valley Drive, Desert Hot Springs, California 92241-8156 and owned by Juan Perez, Sr., Miguel Perez, and Mario Perez be substituted in place of the property owned by Esperanza Gonzalez. Further, that the value of the property bond be fixed in the amount of $164,00.00.


IT IS SO ORDERED.

Dated:   **October 9, 2008**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE