STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
148 North 13th Street, Suite 250
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
         JUAN PEREZ, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-F-08-00282 LJO |
|        Plaintiff, | |
|     vs. | STIPULATION TO CONTINUE SENTENCING |
| JUAN PEREZ, JR., | Old Date:  09/04/09 |
|        Defendant. | New Date:  10/08/09 |
| | Time:      9:00 am |
| | Judge: Honorable LAWRENCE J. O'NEILL |

TO: LAWRENCE J. O'NEILL, Federal District Court Judge, Eastern District of California.

   PLEASE TAKE NOTICE that the parties hereby request that the sentencing currently set for September 4, 2009 be continued to October 8, 2009 at 9:00 a.m., in the courtroom of the Honorable LAWRENCE J. O'NEIL.  This continuance is requested by all parties as during the past month it has been very difficult for the parties to complete the pre-sentence report based on the vacation schedules of the pre-sentence officer, the AUSA and

- 1

defense counsel.  All parties are in agreement that the above date is best and suitable for all parties involved.

DATED:    July 22, 2009

                                            Respectfully submitted,

                                            _____
                                            STEVEN L. CRAWFORD, Attorney for
                                            Defendant JUAN PEREZ, JR.

IT IS SO ORDERED:  Sentencing currently set for 9/4/09 has been CONTINUED to 10/8/09 at 9:00am.

Dated: July 23, 2009

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA