STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
148 North 13th Street, Suite 250
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
          JUAN PEREZ, JR.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR-F-08-00282 LJO |
|         Plaintiff, | ) |
|     vs. | ) STIPULATION TO MODIFY |
| JUAN PEREZ, JR., | ) CONDITIONS OF PRETRIAL RELEASE |
|         Defendant. | ) Judge: Honorable LAWRENCE J. O'NEILL |

TO: LAWRENCE J. O'NEILL, Federal District Court Judge and DUTY MAGISTRATE JUDGE, Eastern District of California.

     PLEASE TAKE NOTICE that the it is stipulated by and between the parties that the pretrial release conditions for Defendant JUAN PEREZ, JR. hereby be modified in the following manner:

-That Defendant JUAN PEREZ, JR. be released from the condition ordering use of the electronic monitor;

-All other pretrial release conditions to remain in full force and effect.

///

- 1

PDF created with pdfFactory trial version www.pdffactory.com

Assistant United State Attorney Kimberly Sanchez, Pretrial Officers Jacob Scott and Manuel Ibanez have hereby agreed to the modifications listed above.

DATED:     September 4, 2009

                                        Respectfully submitted,


                                        _____/S/_____
                                        STEVEN L. CRAWFORD, Attorney for
                                        Defendant JUAN PEREZ, JR.


                                        _____/S/_____
                                        KIMBERLY SANCHEZ, AUSA

IT IS SO ORDERED:

DATE: 9/10/2009           /s/ Gary S. Austin
                          GARY S. AUSTIN, Magistrate Judge
                          Eastern District of California

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com