Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
148 North 13th Street, Suite 250
Grover Beach, CA 93433
Telephone: (805)498-6312
Fax: (805)489-2001

Attorney for Defendant, JUAN PEREZ, JR.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08cr00282 LJO |
| Petitioner, | STIPULATION TO CONTINUE SENTENCING |
| vs. | Old Date: October 8, 2009 |
| | New Date: November 6, 2009 |
| JUAN PEREZ, JR., | |
| | Judge: Honorable |
| Defendant. | LAWRENCE J. O'NEILL |

TO THE HONORABLE LAWRENCE J. O'NEILL, U.S. DISTRICT COURT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA:

It is hereby stipulated by and between the parties that the sentencing date for the above named defendant currently set for October 8, 2009 be continued until November 6, 2009. This continuance is necessary to properly prepare for sentencing as there were a number of sentencing issues, factual and legal, that arose in the course of preparing the presentence report that need to be addressed and resolved.

The Assistant United States Attorney, Kimberly Sanchez and Defendant's Attorney, Steven L. Crawford do hereby agree to this continuance

Dated: October 1, 2009

/S/ _____

1
2
3                                             Steven L. Crawford, Attorney for
4                                             JUAN PEREZ, JR.
5
6
7                                             _____/S/_____
                                              Kimberly Sanchez, AUSA
8
9    IT IS SO ORDERED.
10
11   **Dated:   October 2, 2009**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28