STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
148 North 13th Street, Suite 250
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
       JUAN PEREZ, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR-F-08-00282 LJO |
| Plaintiff, | ) |
| vs. | ) MOTION TO EXONERATE PROPERTY BOND AND ORDER |
| JUAN PEREZ, JR., | ) |
| Defendant. | ) Judge: Honorable LAWRENCE J. O'NEILL |

TO: LAWRENCE J. O'NEILL, Federal District Court Judge, Eastern District of California.

    Defendant JUAN PEREZ, JR., by and through his attorney Steven L. Crawford does hereby move this honorable Court to exonerate the property bond in this case.  The property address is 29181 Happy Valley Road, Desert Hot Springs, California 92241-8156. Deed # 2008-0550659. Original deed of trust from Juan Perez, Sr., Miguel Perez, and Mario Perez. The case is over and the defendant has been sentenced in this matter.

DATED:    April 13, 2010      Respectfully submitted,

- 1

1

2                                                    /s/
                                            STEVEN L. CRAWFORD, Attorney for
3                                           Defendant JUAN PEREZ, JR.

4  IT IS SO ORDERED:

5


6  /s/ Lawrence J. O'Neill
   LAWRENCE J. O'NEILL, DISTRICT
7  COURT JUDGE, EASTERN DISTRICT
8  OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28